**EXHIBIT A**

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38, and 50

**United States Patent and Trademark Office**

Reg. No. 3,314,168
Registered Oct. 16, 2007

### TRADEMARK
### PRINCIPAL REGISTER

# RAGE

FIELD LOGIC, INC. (MINNESOTA CORPORA-
TION)
101 MAIN STREET
SUPERIOR, WI 54880

FOR: ARCHERY ARROWS, IN CLASS 28 (U.S.
CLS. 22, 23, 38 AND 50).

FIRST USE 6-19-2006; IN COMMERCE 6-19-2006.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SN 78-780,071, FILED 12-23-2005.

LINDA M. KING, EXAMINING ATTORNEY

# EXHIBIT B

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2014)

# Trademark/Service Mark Application, Principal Register

# TEAS Plus Application

**Serial Number: 86445623**
**Filing Date: 11/05/2014**

*NOTE: Data fields with the \* are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| *MARK | RAGE |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | RAGE |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Out RAGE, LLC |
| *STREET | 110 Beasley Rd. |
| *CITY | Cartersville |
| *STATE (Required for U.S. applicants) | Georgia |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 30120 |
| PHONE | n/a |
| **LEGAL ENTITY INFORMATION** | |

| *TYPE | LIMITED LIABILITY COMPANY |
|---|---|
| * STATE/COUNTRY WHERE LEGALLY ORGANIZED | Delaware |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 028 |
| *IDENTIFICATION | Archery bows; Archery equipment, namely, cross bow bolts; Crossbows |
| *FILING BASIS | SECTION 1(b) |
| **ADDITIONAL STATEMENTS SECTION** | |
| *TRANSLATION (if applicable) | |
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | The applicant claims ownership of U.S. Registration Number(s) 3314168. |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |
| **ATTORNEY INFORMATION** | |
| NAME | Kathleen T. Gallagher-Duff |
| ATTORNEY DOCKET NUMBER | 034090.00110 |
| FIRM NAME | Covington & Burling LLP |
| STREET | 1201 Pennsylvania Avenue, N.W. |
| CITY | Washington |
| STATE | District of Columbia |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 20004 |
| PHONE | 202.662.5299 |
| FAX | 202.778.5299 |
| EMAIL ADDRESS | trademarks@cov.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| OTHER APPOINTED ATTORNEY | Bingham B. Leverich, Marie A. Lavalleye, Kristina Rosette |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| *NAME | Kathleen T. Gallagher-Duff |
| FIRM NAME | Covington & Burling LLP |
| *STREET | 1201 Pennsylvania Avenue, N.W. |
| *CITY | Washington |
| *STATE (Required for U.S. applicants) | District of Columbia |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE | 20004 |
| PHONE | 202.662.5299 |
| FAX | 202.778.5299 |
| *EMAIL ADDRESS | trademarks@cov.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## FEE INFORMATION

| | |
|---|---|
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 275 |
| *TOTAL FEE PAID | 275 |

## SIGNATURE INFORMATION

| | |
|---|---|
| * SIGNATURE | /Richard S. Krause/ |
| * SIGNATORY'S NAME | Richard S. Krause |
| * SIGNATORY'S POSITION | CEO |
| SIGNATORY'S PHONE NUMBER | n/a |
| * DATE SIGNED | 11/05/2014 |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp. 12/31/2014)

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

### Serial Number: 86445623
### Filing Date: 11/05/2014

## To the Commissioner for Trademarks:

**MARK:** RAGE (Standard Characters, see mark)
The literal element of the mark consists of RAGE.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Out RAGE, LLC, a limited liability company legally organized under the laws of
Delaware, having an address of
   110 Beasley Rd.
   Cartersville, Georgia 30120
   United States

requests registration of the trademark/service mark identified above in the United States Patent and
Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051
et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
   International Class 028: Archery bows; Archery equipment, namely, cross bow bolts; Crossbows
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company
or licensee the mark in commerce on or in connection with the identified goods and/or services. (15
U.S.C. Section 1051(b)).

The applicant claims ownership of U.S. Registration Number(s) 3314168.

The applicant's current Attorney Information:
   Kathleen T. Gallagher-Duff and Bingham B. Leverich, Marie A. Lavalleye, Kristina Rosette of
Covington & Burling LLP
   1201 Pennsylvania Avenue, N.W.
   Washington, District of Columbia 20004
   United States
The attorney docket/reference number is 034090.00110.

The applicant's current Correspondence Information:
   Kathleen T. Gallagher-Duff

Covington & Burling LLP
1201 Pennsylvania Avenue, N.W.
Washington, District of Columbia 20004
202.662.5299(phone)
202.778.5299(fax)
trademarks@cov.com (authorized)

A fee payment in the amount of $275 has been submitted with the application, representing payment for 1 class(es).

## Declaration

The signatory believes that: if the applicant is filing the application under 15 U.S.C. Section 1051(a), the applicant is the owner of the trademark/service mark sought to be registered; the applicant or the applicant's related company or licensee is using the mark in commerce on or in connection with the goods/services in the application, and such use by the applicant's related company or licensee inures to the benefit of the applicant; the specimen(s) shows the mark as used on or in connection with the goods/services in the application; and/or if the applicant filed an application under 15 U.S.C. Section 1051(b), Section 1126(d), and/or Section 1126(e), the applicant is entitled to use the mark in commerce; the applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the goods/services in the application. The signatory believes that to the best of the signatory's knowledge and belief, no other person has the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion or mistake, or to deceive. The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of the application or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

Signature: /Richard S. Krause/   Date Signed: 11/05/2014
Signatory's Name: Richard S. Krause
Signatory's Position: CEO

RAM Sale Number: 86445623
RAM Accounting Date: 11/06/2014

Serial Number: 86445623
Internet Transmission Date: Wed Nov 05 15:36:17 EST 2014
TEAS Stamp: USPTO/FTK-216.200.93.134-201411051536177
30984-86445623-50098871f203d73c26ed320fe
aae4e966b8ad880e3c0dafb1367b3dce7597d7a4
-DA-1862-20141104155549917707

# RAGE

# EXHIBIT C

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2014)

# Trademark/Service Mark Application, Principal Register

# TEAS Plus Application

**Serial Number: 86447697**
**Filing Date: 11/07/2014**

*NOTE: Data fields with the \* are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| **\*MARK** | RAGE RTT |
| **\*STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | RAGE RTT |
| **\*MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| **\*OWNER OF MARK** | Out RAGE, LLC |
| **\*STREET** | 110 Beasley Rd. |
| **\*CITY** | Cartersville |
| **\*STATE** (Required for U.S. applicants) | Georgia |
| **\*COUNTRY** | United States |
| **\*ZIP/POSTAL CODE** (Required for U.S. applicants only) | 30120 |
| **PHONE** | n/a |
| **LEGAL ENTITY INFORMATION** | |

| *TYPE | LIMITED LIABILITY COMPANY |
|---|---|
| * STATE/COUNTRY WHERE LEGALLY ORGANIZED | Delaware |

## GOODS AND/OR SERVICES AND BASIS INFORMATION

| *INTERNATIONAL CLASS | 028 |
|---|---|
| *IDENTIFICATION | Archery equipment, namely, **arrows** |
| *FILING BASIS | SECTION 1(b) |

## ADDITIONAL STATEMENTS SECTION

| *TRANSLATION (if applicable) | |
|---|---|
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | The applicant claims ownership of U.S. Registration Number(s) 3314168. |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |

## ATTORNEY INFORMATION

| NAME | Kathleen T. Gallagher-Duff |
|---|---|
| ATTORNEY DOCKET NUMBER | 034090.00110 |
| FIRM NAME | Covington & Burling LLP |
| STREET | 1201 Pennsylvania Avenue, N.W. |
| CITY | Washington |
| STATE | District of Columbia |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 20004 |
| PHONE | 202.662.5299 |
| FAX | 202.778.5299 |
| EMAIL ADDRESS | trademarks@cov.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| OTHER APPOINTED ATTORNEY | Bingham B. Leverich, Marie A. Lavalleye, Kristina Rosette |

## CORRESPONDENCE INFORMATION

| *NAME | Kathleen T. Gallagher-Duff |
|---|---|
| **FIRM NAME** | Covington & Burling LLP |
| *STREET | 1201 Pennsylvania Avenue, N.W. |
| *CITY | Washington |
| *STATE<br>(Required for U.S. applicants) | District of Columbia |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE | 20004 |
| **PHONE** | 202.662.5299 |
| **FAX** | 202.778.5299 |
| *EMAIL ADDRESS | trademarks@cov.com |
| *AUTHORIZED TO COMMUNICATE VIA<br>EMAIL | Yes |
| **FEE INFORMATION** | |
| **NUMBER OF CLASSES** | 1 |
| **FEE PER CLASS** | 275 |
| *TOTAL FEE PAID | 275 |
| **SIGNATURE INFORMATION** | |
| * SIGNATURE | /Richard Krause/ |
| * SIGNATORY'S NAME | Richard S. Krause |
| * SIGNATORY'S POSITION | CEO |
| **SIGNATORY'S PHONE NUMBER** | n/a |
| * DATE SIGNED | 11/07/2014 |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2014)

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

### Serial Number: 86447697
### Filing Date: 11/07/2014

## To the Commissioner for Trademarks:

**MARK:** RAGE RTT (Standard Characters, see mark)
The literal element of the mark consists of RAGE RTT.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Out RAGE, LLC, a limited liability company legally organized under the laws of
Delaware, having an address of
    110 Beasley Rd.
    Cartersville, Georgia 30120
    United States

requests registration of the trademark/service mark identified above in the United States Patent and
Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051
et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
    International Class 028:  Archery equipment, namely, arrows
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company
or licensee the mark in commerce on or in connection with the identified goods and/or services. (15
U.S.C. Section 1051(b)).

The applicant claims ownership of U.S. Registration Number(s) 3314168.

The applicant's current Attorney Information:
    Kathleen T. Gallagher-Duff and Bingham B. Leverich, Marie A. Lavalleye, Kristina Rosette of
Covington & Burling LLP
    1201 Pennsylvania Avenue, N.W.
    Washington, District of Columbia 20004
    United States
The attorney docket/reference number is 034090.00110.

 The applicant's current Correspondence Information:
    Kathleen T. Gallagher-Duff

Covington & Burling LLP
1201 Pennsylvania Avenue, N.W.
Washington, District of Columbia 20004
202.662.5299(phone)
202.778.5299(fax)
trademarks@cov.com (authorized)

A fee payment in the amount of $275 has been submitted with the application, representing payment for 1 class(es).

### Declaration

The signatory believes that: if the applicant is filing the application under 15 U.S.C. Section 1051(a), the applicant is the owner of the trademark/service mark sought to be registered; the applicant or the applicant's related company or licensee is using the mark in commerce on or in connection with the goods/services in the application, and such use by the applicant's related company or licensee inures to the benefit of the applicant; the specimen(s) shows the mark as used on or in connection with the goods/services in the application; and/or if the applicant filed an application under 15 U.S.C. Section 1051(b), Section 1126(d), and/or Section 1126(e), the applicant is entitled to use the mark in commerce; the applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the goods/services in the application. The signatory believes that to the best of the signatory's knowledge and belief, no other person has the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion or mistake, or to deceive. The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of the application or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.


Signature: /Richard Krause/   Date Signed: 11/07/2014
Signatory's Name: Richard S. Krause
Signatory's Position: CEO


RAM Sale Number: 86447697
RAM Accounting Date: 11/07/2014

Serial Number: 86447697
Internet Transmission Date: Fri Nov 07 10:10:04 EST 2014
TEAS Stamp: USPTO/FTK-216.200.93.134-201411071010045
28107-86447697-5006a4183fa566a2ad258bffd
8dfa4fe6056bf8eb13cd926338f9e6c115c9afe-
DA-8196-20141107095858230115

# RAGE RTT

# EXHIBIT D

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2014)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 86461000**
**Filing Date: 11/21/2014**

*NOTE: Data fields with the \* are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| **\*MARK** | RAGE TAPER TECHNOLOGY |
| **\*STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | RAGE TAPER TECHNOLOGY |
| **\*MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| **\*OWNER OF MARK** | Out RAGE, LLC |
| **\*STREET** | 110 Beasley Rd. |
| **\*CITY** | Cartersville |
| **\*STATE**<br>(Required for U.S. applicants) | Georgia |
| **\*COUNTRY** | United States |
| **\*ZIP/POSTAL CODE**<br>(Required for U.S. applicants only) | 30120 |
| **PHONE** | n/a |
| **LEGAL ENTITY INFORMATION** | |

| *TYPE | LIMITED LIABILITY COMPANY |
|---|---|
| * STATE/COUNTRY WHERE LEGALLY ORGANIZED | Delaware |

## GOODS AND/OR SERVICES AND BASIS INFORMATION

| *INTERNATIONAL CLASS | 028 |
|---|---|
| *IDENTIFICATION | Archery equipment, namely, **arrows** |
| *FILING BASIS | SECTION 1(b) |

## ADDITIONAL STATEMENTS SECTION

| *TRANSLATION (if applicable) | |
|---|---|
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | The applicant claims ownership of U.S. Registration Number(s) 3314168. |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |

## ATTORNEY INFORMATION

| NAME | Kathleen T. Gallagher-Duff |
|---|---|
| ATTORNEY DOCKET NUMBER | 034090.00110 |
| FIRM NAME | Covington & Burling LLP |
| STREET | 1201 Pennsylvania Avenue, N.W. |
| CITY | Washington |
| STATE | District of Columbia |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 20004 |
| PHONE | 202.662.5299 |
| FAX | 202.778.5299 |
| EMAIL ADDRESS | trademarks@cov.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| OTHER APPOINTED ATTORNEY | Bingham B. Leverich, Marie A. Lavalleye, Kristina Rosette |

## CORRESPONDENCE INFORMATION

| *NAME | Kathleen T. Gallagher-Duff |
|---|---|
| **FIRM NAME** | Covington & Burling LLP |
| *STREET | 1201 Pennsylvania Avenue, N.W. |
| *CITY | Washington |
| *STATE<br>(Required for U.S. applicants) | District of Columbia |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE | 20004 |
| **PHONE** | 202.662.5299 |
| **FAX** | 202.778.5299 |
| *EMAIL ADDRESS | trademarks@cov.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **FEE INFORMATION** | |
| **NUMBER OF CLASSES** | 1 |
| **FEE PER CLASS** | 275 |
| *TOTAL FEE PAID | 275 |
| **SIGNATURE INFORMATION** | |
| * SIGNATURE | /Richard S. Krause/ |
| * SIGNATORY'S NAME | Richard S. Krause |
| * SIGNATORY'S POSITION | CEO |
| **SIGNATORY'S PHONE NUMBER** | n/a |
| * DATE SIGNED | 11/21/2014 |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp. 12/31/2014)

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

### Serial Number: 86461000
### Filing Date: 11/21/2014

## To the Commissioner for Trademarks:

**MARK:** RAGE TAPER TECHNOLOGY (Standard Characters, see mark)
The literal element of the mark consists of RAGE TAPER TECHNOLOGY.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Out RAGE, LLC, a limited liability company legally organized under the laws of
Delaware, having an address of
   110 Beasley Rd.
   Cartersville, Georgia 30120
   United States

requests registration of the trademark/service mark identified above in the United States Patent and
Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051
et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
   International Class 028: Archery equipment, namely, arrows
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company
or licensee the mark in commerce on or in connection with the identified goods and/or services. (15
U.S.C. Section 1051(b)).

The applicant claims ownership of U.S. Registration Number(s) 3314168.

The applicant's current Attorney Information:
   Kathleen T. Gallagher-Duff and Bingham B. Leverich, Marie A. Lavalleye, Kristina Rosette of
Covington & Burling LLP
   1201 Pennsylvania Avenue, N.W.
   Washington, District of Columbia 20004
   United States
The attorney docket/reference number is 034090.00110.

 The applicant's current Correspondence Information:
   Kathleen T. Gallagher-Duff

Covington & Burling LLP
1201 Pennsylvania Avenue, N.W.
Washington, District of Columbia 20004
202.662.5299(phone)
202.778.5299(fax)
trademarks@cov.com (authorized)

A fee payment in the amount of $275 has been submitted with the application, representing payment for 1 class(es).

### Declaration

The signatory believes that: if the applicant is filing the application under 15 U.S.C. Section 1051(a), the applicant is the owner of the trademark/service mark sought to be registered; the applicant or the applicant's related company or licensee is using the mark in commerce on or in connection with the goods/services in the application, and such use by the applicant's related company or licensee inures to the benefit of the applicant; the specimen(s) shows the mark as used on or in connection with the goods/services in the application; and/or if the applicant filed an application under 15 U.S.C. Section 1051(b), Section 1126(d), and/or Section 1126(e), the applicant is entitled to use the mark in commerce; the applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the goods/services in the application. The signatory believes that to the best of the signatory's knowledge and belief, no other person has the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion or mistake, or to deceive. The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of the application or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.


Signature: /Richard S. Krause/   Date Signed: 11/21/2014
Signatory's Name: Richard S. Krause
Signatory's Position: CEO


RAM Sale Number: 86461000
RAM Accounting Date: 11/21/2014

Serial Number: 86461000
Internet Transmission Date: Fri Nov 21 09:56:28 EST 2014
TEAS Stamp: USPTO/FTK-216.200.93.134-201411210956285
28559-86461000-500c7c77a8f9157463741e8d6
2893f84ff27578c9d3ca8d1ce216e1f72fba9edf
3-DA-8408-20141112100021682792

# RAGE TAPER TECHNOLOGY

# EXHIBIT E



# THE OUTDOOR WIRE
*The Outdoor Industry's Daily Transactions Newsletter*

SUBSCRIPTION    SUBMIT RELEASES    ADVERTISE    ARCHIVES    CONTACT

Monday, January 5, 2015

## Barnett Crossbrows Offers Buck Commander Rage Model

ADD THIS

The Barnett Buck Commander Rage represents a quantum leap in crossbow evolution. It combines the best design elements from all Barnett crossbows into one light-weight, hard-hitting package. If its strikingly good looks don't grab your attention, its performance and features surely will.



Most notable is the combination of the lightweight CarbonLite Riser with reverse draw technology. This creates significantly less vibration and noise than a traditional draw crossbow without sacrificing speed or accuracy. In this radical new reverse draw configuration, the limb pockets are moved closer to the trigger assembly and the limbs face forward on the bow, thus shifting the center of gravity
closer to the shooter's body. This drastically reduces the weight at the front of the
crossbow, which is essential for a well-balanced shot.

In addition, the CarbonLite Riser assembly further reduces the weight without compromising strength or accuracy. The most technically advanced riser ever created for a crossbow, the CarbonLite Riser removes approximately 43% of weight from the riser, which dramatically shifts the balance point to the shoulder.

Decorated in a carbon fiber finish or in a high-definition camouflage, the Buck Commander Rage is available through retailers as a complete package with crossbow, quick detach quiver, three 20" arrows and an illuminated 4x32 Multi Reticle Scope.

Barnett Buck Commander Rage Crossbow Features at a glance:

* Composite Limbs

* CNC Machined .875-inch Picatinny Rail

* CROSSWIRE String and Cable System

* Finger Guards Pass-Through Foregrip

* Adjustable Butt Pad

Specs:

* 6.5 lbs. weight

* 31.7-inch length

* 10 inch Axle-to-Axle (cocked)

* 20 inch arrow length

* 330 fps

* 155 lb. draw weight

* 97 ft. lbs. of kinetic energy

\* 15.125 inch power stroke

From its inception, over a half century ago, Barnett Crossbows has led the industry with pioneering innovations and patents to become the world's number one manufacturer of crossbows. Barnett's engineers have created its latest range of crossbows based on the changing needs and desires of today's hunters. Lightweight, adjustable and powerful, Barnett has brought crossbow technology to the height it stands at today. Barnett is committed to delivering high quality performance products with unparalleled service and value for all that use the Barnett Range. Built for maximum speed, efficiency and Built for the Hunt!
For more information, please visit
WWW.BARNETTCROSSBOWS.COM

THE OUTDOOR WIRE DIGITAL NETWORK > THE FISHING WIRE : THE SHOOTING WIRE : THE TACTICAL WIRE : THE DEALER WIRE

© Copyright 2015 The Outdoor Wire Digital Network. All Rights Reserved.

**EXHIBIT F**

# COVINGTON

BEIJING   BRUSSELS   LONDON   NEW YORK
SAN DIEGO   SAN FRANCISCO   SEOUL
SHANGHAI   SILICON VALLEY   WASHINGTON

Kathleen T. Gallagher-Duff

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T  +1 202 662 5299
kgallagher-duff@cov.com

January 5, 2015

## BY EMAIL AND FEDERAL EXPRESS

Robert L. Waddell
Jones Walker LLP
Suite 1600
600 Jefferson Street
Lafayette, LA 70501

Email: rwaddell@joneswalker.com; jwtrademarks@joneswalker.com

Dear Mr. Waddell:

We represent Out RAGE, LLC in connection with intellectual property and other matters. We are writing regarding use by your client Barnett Outdoors, LLC ("Barnett") of Out RAGE's well known RAGE mark to identify a crossbow. Today's issue of THE OUTDOOR WIRE online publication includes an article about the "Barnett Buck Commander Rage," which "is available through retailers as a complete package with crossbow, quick detach quiver, three 20" arrows and an illuminated 4x32 Multi Reticle Scope." See http://www.theoutdoorwire.com/story/1420423961u4vrkqnjxtp.

Out RAGE has used and vigorously promoted its well-known RAGE mark in connection with archery equipment for over eight years. The RAGE mark identifies arrows, o-rings, quivers, replacement blades, broadhead travel cases, shock collars, and apparel, and appears prominently on Out RAGE's website www.ragebroadheads.com. As a result of such continuous, exclusive, and extensive use, Out RAGE has acquired substantial goodwill in its RAGE mark.

Out RAGE owns an incontestable federal trademark registration for RAGE for archery arrows, as well as pending federal registration applications for (i) RAGE for archery bows, cross bow bolts, and crossbows; (ii) RAGE RTT for arrows; and (iii) RAGE TAPER TECHNOLOGY for arrows.

Barnett's use of our client's well-known RAGE mark to identify a crossbow is very likely to lead consumers to believe, erroneously, that its crossbow is associated with, or approved or licensed by, Out RAGE, in violation of applicable federal and state law, including, but not limited to, the federal Lanham Act and other applicable state statutes and common law.

DC: 5564683-1

**COVINGTON**

Robert L. Waddell
January 5, 2015
Page 2

As the ATA Trade Show opens in Indianapolis, this Thursday, January 8, we request that Barnett (i) immediately cease all use of RAGE, whether as part of "Barnett Buck Commander Rage," other words, or by itself, on or in connection with any archery, hunting or related goods and services, including, but not limited to, crossbows, and including (a) on any website owned or controlled by Barnett Outdoors or any of its affiliates, (b) in social media (including Facebook pages), (c) in print and electronic advertising, marketing, and other communications, and (d) in any materials or displays at the upcoming ATA Trade Show; (ii) agree not to seek federal, state or foreign registration of any mark that consists of or includes RAGE, and (iii) confirm its agreement to the foregoing terms in writing by **Thursday, January 8, 2015**.

Please be advised that while Out RAGE would prefer to resolve this matter expeditiously and amicably, it fully intends to protect its rights in its well-known RAGE mark by pursuing all legal and equitable actions available to it, all of which rights and actions Out RAGE hereby expressly reserves.

If you wish to discuss this matter further, please call me at 202 662-5299 or email me at kgallagher-duff@cov.com.

Sincerely,

Kathleen T. Gallagher-Duff